# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
|  | (For Offenses Committed On or After November 1, 1987) |
| STEPHANIE M. PARKER | Case Number: DNCW107CR000028-007 |
|  | USM Number: 21951-058 |
|  | Eric J. Foster |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of condition(s) <u>1 and 2</u> of the term of supervision.
_____ Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New Law Violation: Shoplifting Concealment of Goods and Misdemeanor Larceny | 2/2/2010 |
| 2 | Failure To Make Required Court Payments | 10/20/10 |

The Defendant is sentenced as provided in pages 1 through 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

__X__ THE DEFENDANT IS DISCHARGED FROM SUPERVISION.

Notwithstanding Defendant's admission of the violations, the Court does not revoke Defendant's Supervised Release. Defendant's Supervised Release expired on October 31, 2010, and therefore Defendant is discharged from further supervision.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 1/20/2011

Signed: January 27, 2011

Martin Reidinger
United States District Judge